Arnold B. Calmann
Katherine A. Escanlar
**SAIBER, SCHLESINGER SATZ &
    GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 622-3333

Shaffin A. Datoo
**VENABLE LLP**
The Chrysler Building, 56th Floor
405 Lexington Avenue
New York, New York  10174
(212) 307-5500

*Attorneys for Defendants*


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAGWITCH L.L.C., | : |
| Plaintiff, | : Civil Action No. 07-3040 (SRC) (CCC) |
| v. | : |
| PUSSER'S, INC., et al. | : **DEFENDANTS' NOTICE OF MOTION** |
| Defendants. | : |
| | : *DOCUMENT ELECTRONICALLY FILED* |

BA2/324090

**TO:** Thomas R. Curtin, Esquire
GRAHAM CURTIN, P.A.
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey  07962

**PLEASE TAKE NOTICE** that on the 24th day of September, 2007, at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, Defendants Pusser's, Inc., Pusser's, Ltd., Pusser's West Indies, Ltd., and Charles Tobias shall move before the Honorable Stanley R. Chesler, United States District Judge, at the United States Courthouse, 50 Walnut Street, Newark, New Jersey for the entry of an Order, pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure to dismiss the Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants shall rely upon the Brief and Declaration of Charles S. Tobias submitted concurrently herewith in support thereof, all pleadings of record, and oral argument which is respectfully requested.

Dated: August 23, 2007

                                                Respectfully submitted,

                                                **SAIBER, SCHLESINGER SATZ**
                                                    **& GOLDSTEIN, LLC**
                                                Attorneys for Defendants

By:   /s/ Arnold B. Calmann
       Arnold B. Calmann
       Katherine A. Escanlar
       One Gateway Center, 13th Floor
       Newark, New Jersey 07102
       (973) 622-3333

                                                Shaffin A. Datoo
                                                VENABLE LLP
                                                The Chrysler Building, 56th Floor
                                                405 Lexington Avenue
                                                New York, New York  10174
                                                (212) 307-5500