

# GRAHAM CURTIN
*A Professional Association*

THOMAS R. CURTIN
Direct Dial 973-401-7117
tcurtin@GrahamCurtin.com

December 10, 2007

**VIA ECF FILING**
Honorable Stanley R. Chesler
United States District Court
Frank R. Lautenberg United States
   Post Office & Courthouse
50 Walnut Street, Room 417
P. O. Box 999
Newark, New Jersey 07101-0999

         Re:   *Magwitch L.L.C. v. Pusser's Inc., et al.*
               Civil Action No. 07-3040 (SRC)
               Our File No. 5459/1

Dear Judge Chesler:

We represent plaintiff in this matter.  Your Honor heard oral argument this morning, and ruled on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.  We write this letter, following a conversation with Chambers, to inquire whether Your Honor would entertain a motion for reconsideration on the limited issue of whether the case should be transferred to the United States District Court for the Southern District of New York, instead of being dismissed without prejudice.

If Your Honor would entertain such a motion, we would file the motion before the end of this week.

                    Respectfully submitted,

                    THOMAS R. CURTIN

TRC:ljl
c:     Arnold B. Calmann, Esq. (via ECF)
       Katherine A. Escanlar, Esq. (via ECF)

510730_1