UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**NEWARK**  **December 10, 2007**
**Judge Chesler**
**COURT REPORTER:    J. KASHMER**        **Docket No: 07-3040**

<u>**TITLE OF CASE**</u>
Magwitch LLC

v.

Pusser's Inc., et al.


<u>**APPEARANCE**</u>
Thomas Curtin, Esq. Pltf

Arnold Calmann, Esq. For deft.

John McCauley, Esq. For deft.


<u>**NATURE OF PROCEEDINGS:**</u>


Hearing on (9) motion to dismiss

Ordered motin granted.  OTBS

Ordered pro hac application of John McCauley Granted


11:20 a.m. to 12:10 p.m.


                    Theresa C. Trivino, Senior Courtroom Deputy