**CLOSED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAGWITCH L.L.C., : | |
| : | Civil Action No. 07-3040 (SRC) |
| Plaintiff, : | |
| v. : | **ORDER** |
| PUSSERS, INC., et al., : | |
| Defendants. : | |

**CHESLER, U.S.D.J.**

This matter having come before the Court upon the motion to dismiss the complaint by Defendants Pussers, Inc., Pussers, Ltd., Pusser's West Indies, Ltd., and Charles Tobias ("Defendants") [docket item # 9]; and objections having been filed by Plaintiff Magwitch L.L.C. [docket item # 13]; and the Court having considered the papers filed by the parties in support and in opposition of the motion; and the Court having held oral argument on this motion on December 10, 2007; therefore,

For the reasons set forth on the record of oral argument of December 10, 2007,

**IT IS** on this 20th day of December, 2007

**ORDERED** that Defendants' motion to dismiss the complaint [docket item # 9] is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that this case be and hereby is **CLOSED**.

    /s Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.