UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CIVIL ACTION NO. 07-cv-3040 (SRC)

MAGWITCH, L.L.C.,

    Plaintiff,

vs.

PUSSER'S INC., a Florida Corporation,

    Defendant

**ORIGINAL**

---

December 10, 2007
Newark, New Jersey

B E F O R E:   HONORABLE STANLEY R. CHESLER, USDJ

Pursuant to Section 753 Title 28 United States Code, the following transcript is certified to be an accurate record as taken stenographically in the above-entitled proceedings.

_____
JACQUELINE KASHMER
Official Court Reporter

JACQUELINE KASHMER, C.S.R.
OFFICIAL COURT REPORTER
P. O. Box 12
Pittstown, NJ 08867
(908) 229-6496